UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

LLOYD E. SOLBERG,

Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY
OF AMERICA and PROVIDENT LIFE
AND ACCIDENT INSURANCE
COMPANY,

Defendants.

CIV. 10-4051

**JOINT MOTION FOR JUDGMENT OF DISMISSAL WITH PREJUDICE**

---

Plaintiff, Lloyd E. Solberg, by and through his attorneys of record, and Defendants, UNUM Life Insurance Company of America and Provident Life and Accident Insurance Company, by and through their attorneys of record, move the Court to enter a judgment of dismissal of the Plaintiff's Complaint with prejudice and without costs being awarded to any party.

Dated this 7 day of September, 2010.

Robert L. Meadors
Brende Schroeder Meadors LLP
101 North Phillips Avenue
Sioux Falls, SD 57104
(605) 333-0070
rlm@bsmllp.com
Attorneys for Plaintiff

Dated this 8th day of September, 2010.

/s/ Thomas J. Welk

Thomas J. Welk
Lisa Hansen Marso
Boyce, Greenfield, Pashby & Welk, LLP
101 North Phillips Avenue, Suite 600
P.O. Box 5015
Sioux Falls, SD 57117-5015
(605) 336-2424
tjwelk@bgpw.com
lkmarso@bgpw.com
Attorneys for Defendants

2