UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| LLOYD E. SOLBERG, | ) | CIV. 10-4051-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA and | ) | |
| PROVIDENT LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Joint Motion for Judgment of Dismissal With Prejudice, it is

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and without costs being awarded to any party.

Dated September 9, 2010.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE